IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY L. ELLIS, | ) | 8:06CV723 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants Omaha Police Department, Thomas Warren, and Steven Henthorn's Motion for Extension of Time to File Summary Judgment. (Filing No. 65.) Plaintiff filed an Opposition to the Motion. (Filing No. 66.)

For good cause shown, the Motion is granted. However, Defendants are warned that **no further extensions of time to file their summary judgment motion will be permitted.**

IT IS THEREFORE ORDERED that:

1. Defendants Omaha Police Department, Thomas Warren, and Steven Henthorn's Motion for Extension of Time to File Summary Judgment (filing no. 65) is granted.

2. Defendants shall file their Motion for Summary Judgment, Brief in Support, and any evidence no later than April 28, 2008. **No further extensions of this deadline will be permitted.**

---
 

3.  The Clerk of the court is directed to se a pro se case management deadline in this case with the following text: April 28, 2008: summary judgment motion due.

April 4, 2008.                          BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Chief United States District Judge