IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY L. ELLIS, | ) | 8:06CV723 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Dismiss. (Filing No. 87.) The court already dismissed this matter and entered Judgment on November 24, 2008. (Filing Nos. 80 and 81.)

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Dismiss (filing no. 87) is denied as moot.

March 2, 2009.          BY THE COURT:

                        s/ Joseph F. Bataillon
                        Chief United States District Judge